IN THE UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
URBANA DIVISION

UNITED STATES )
OF AMERICA, )
      Plaintiff, )
)
vs. )
)
DAWN D. DAVIS a/k/a )
DAWN D. SPARROW )
)
)
)
)
)
)
      Defendant(s). )

Case No. CV  07-2016

NOTICE OF FORECLOSURE

The undersigned certifies that the above entitled mortgage foreclosure action was filed on January 29, 2007, and is now pending.

(i) The names of all plaintiffs and the case number are identified above.

(ii) The court in which said action was brought is identified above.

(iii) The name(s) of the title holder(s) of record are: DAWN D. DAVIS a/k/a DAWN D. SPARROW

(iv) The legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

Lot 7 in Block 37 in the Original Town of Leeds, now a part of the city of Hoopeston, as shown by the Survey and Plat thereof recorded in Deed Record 30 page 282 in the Recorder's Office of Vermilion County, Illinois, situated itn Vermilion County, Illinois.

PIN No.03-11-425-002-0040

(v) A common address or description of the location of the real estate is as follows:
323 West Lincoln, Hoopeston, Illinois 60942

(vi)  An identification of the mortgage sought to be foreclosed is as follows:

    Name of mortgagor(s):    DAWN D. DAVIS a/k/a DAWN D. SPARROW

    Name of mortgagee:    United States of America, United States Department of Agriculture

    Date(s) of mortgage(s):    June 3, 1998

    Date(s) of recording:    June 3, 1998

    County where recorded:    Vermilion County, Illinois

    Recording document identification: Doc. No. 98-0006305

UNITED STATES OF AMERICA, Plaintiff

RODGER A. HEATON
United States Attorney

PREPARED BY:

By: s/David H. Hoff
David H. Hoff, IL Bar No. 1234072
Assistant United States Attorney
Urbana Federal Bldg. & U.S. Courthouse
201 S. Vine, Ste. 226
Urbana, IL 61802
Telephone No. 217-373-5875
Fax No. 217-373-5891
Email david.hoff@usdoj.gov

This instrument was prepared by David H. Hoff, Assistant U. S. Attorney, Urbana Federal Bldg. & U.S. Courthouse, 201 S. Vine, Ste. 226, Urbana, Il 61801