☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| CENTRAL | District of | ILLINOIS |

UNITED STATES OF AMERICA,

**SUMMONS IN A CIVIL CASE**

V.

DAWN D. DAVIS, aka DAWN D. SPARROW

CASE NUMBER: 07-2016

TO: (Name and address of Defendant)

Dawn D. Davis, aka Dawn D. Sparrow
1481 . 600 N. Road
Cissna Park, IL 60924

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff, AUSA
201 S. Vine Street, Suite 226
Urbana, IL 61802

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                     4-11-07
CLERK                                                DATE

s/S. Porter
(BY) DEPUTY CLERK