E-FILED
Thursday, 19 July, 2007 11:14:31 AM
Clerk, U.S. District Court, ILCD

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07-2016 |
| DEFENDANT | TYPE OF PROCESS |
| DAWN D. DAVIS, aka DAWN D. SPARROW | Summons & Complaint |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Dawn D. Davis, aka Dawn D. Sparrow

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT  1481 E. 600 N. Rd., Cissna Park, IL 60924

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID H HOFF AUSA
201 S VINE STREET SUITE 226
URBANA IL 61802

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
JUL 19 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 217/373-5875
DATE: 4/11/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process
District of Origin No. 26
District to Serve No. U
Signature of Authorized USMS Deputy or Clerk: Sanders
Date: 4-13-7

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Carol McCoy

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
4/9/07 ENDVR, 1 DUSM (3hrs) $135.00 - 106 miles R.T. ($51.41)
6/6/07 ENDVR, 1 DUSM (3hrs) $135.00 - 106 miles R.T. ($51.41)
SERVED 07/11/07 2 DUSM $270.00 (3hrs) - 106 miles R.T. ($51.41)

PRIOR EDITIONS MAY BE USED       1. CLERK OF THE COURT       FORM USM-285 (Rev. 12/15/80)

☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| CENTRAL | District of | ILLINOIS |

UNITED STATES OF AMERICA,

V.

DAWN D. DAVIS, aka DAWN D. SPARROW

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-2016

TO: (Name and address of Defendant)

Dawn D. Davis, aka Dawn D. Sparrow
1481 . 600 N. Road
Cissna Park, IL 60924

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff, AUSA
201 S. Vine Street, Suite 226
Urbana, IL 61802

an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

4-11-07
DATE

s/S. Porter
(BY) DEPUTY CLERK