E-FILED
Tuesday, 24 July, 2007   11:16:45 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-2016 |
| DAWN D. DAVIS, a/k/a DAWN D. SPARROW, | ) |
| Defendant. | ) |

**MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE**

Plaintiff, UNITED STATES OF AMERICA, moves pursuant to Title 28, United States Code, Section 1345 and 735 ILCS 5/15-1506 of the Illinois Revised Statutes, for judgment by default for the relief prayed for in the Complaint for Foreclosure of Mortgage previously filed by the plaintiff in this cause on January 29, 2007. In support of this Motion, the United States of America states as follows:

1. That this Court has jurisdiction of the parties to and the subject matter of this suit. That the defendant, Dawn D. Davis, aka Dawn D. Sparrow, was personally served by the U.S. Marshals Service on July 11, 2007. That said defendant has not answered or otherwise pleaded to said Complaint filed herein and consequently, is in default for her failure to so appear, answer, or otherwise plead in this cause in the time and in the manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

2. The material factual allegations stated in said Complaint filed herein were not denied in any responsive pleading.

3. The Sworn Affidavit of Costs and the Affidavit of Douglas Wilson, State Director, Rural Development, are attached hereto and incorporated herein.

WHEREFORE, the UNITED STATES OF AMERICA requests that this Court enter a Default Judgment of Foreclosure against the above-named defendant.

                                                Respectfully submitted,

                                                RODGER A. HEATON
                                                United States Attorney

BY:      s/David H. Hoff
           DAVID H. HOFF, Bar No. 1234027
           Assistant United States Attorney
           Attorney for Plaintiff
           U.S. Attorney's Office
           201 S. Vine Street, Suite 226
           Urbana, Illinois 61802
           Ph.: 217/373-5875
           Fax: 217/373-5891
           david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

> Dawn D. Davis
> aka Dawn D. Sparrow
> 1481 E. 600 N. Road
> Cissna Park, IL 60924

s/David H. Hoff
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 07-2016 |
| | ) |
| DAWN D. DAVIS, | ) |
| a/k/a DAWN D. SPARROW | ) |
| Defendants. | ) |

**DECLARATION**

DAVID H. HOFF says that he is an Assistant United States Attorney for the Central District of Illinois, and is the attorney for the plaintiff in the above-styled cause, and that he has read the foregoing Motion to Enter Default Judgment of Foreclosure and that the matters and things alleged therein are true.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 24th day of July 2007.

s/David H. Hoff
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-2016 |
| DAWN D. DAVIS, a/k/a DAWN D. SPARROW, | ) |
| Defendant. | ) |

DECLARATION OF MILITARY SERVICE STATUS

DAVID H. HOFF says that he is the attorney for the plaintiff in the above-entitled action; that to the best of his information and belief the defendant, Dawn D. Davis, aka Dawn D. Sparrow, is not an infant or incompetent person and not in the military service within the purview of the Servicemembers' Civil Relief Act of 2003.

The attached letter was mailed to defendant at her last known address. To date, no response has been received from said defendant. To further determine the military status of the defendant-mortgagors, the office of the undersigned attorney searched the following Defense Manpower Data Center website, https://www.dmdc.osd.mil/udpdri/owa/sscra.page by entering the mortgagor's social security number. The national database confirmed that neither mortgagor is in the military service of the United States.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 24th day of July 2007.

                                              s/David H. Hoff
                                              DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov



U.S. Department of Justice

*United States Attorney*
*Central District of Illinois*

*Rodger A. Heaton*
*United States Attorney*

*Urbana Division Office*
*Urbana Federal Building and U.S. Courthouse*
*201 South Vine Street, Suite 226*
*Urbana, Illinois 61802-3369*
*TEL: (217) 373-5875*
*FAX: (217) 373-5891*

July 19, 2007

Ms. Dawn D. Davis
aka Dawn D. Sparrow
1481 E. 600 N. Road
Cissna Park, IL 60924

Re:   U.S. vs. Davis
      Case No. 07-2016

Dear Ms. Davis:

As you are aware, we are in the process of foreclosing on property at 323 West Lincoln, Hoopeston, Illinois 60942.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within five (5) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

RODGER A. HEATON
United States Attorney

*David H. Hoff*

_____
DAVID H. HOFF
Assistant United States Attorney

DHH:sk

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| DAWN D. DAVIS a/k/a DAWN D. SPARROW | ) ) ) ) ) ) ) ) CASE NO. CV 07-2016 |
| Defendants. | ) |

AFFIDAVIT FOR JUDGMENT

The Undersigned, having been duly sworn on oath, doth state:

1. The undersigned states that he is the State Director for Rural Development, United States Department of Agriculture and is authorized to make this Affidavit on behalf of plaintiff.

2. The undersigned is familiar with the material allegations contained in the Complaint for Foreclosure filed herein by plaintiff, and said allegations are true.

3. Defendant-mortgagor is in arrears in the payments due plaintiff, as described in said Complaint, in the amount of $14,312.30 as of July 19, 2007.

4. As of July 19, 2007, said defendant is indebted to plaintiff in the following amounts under the terms of a loan secured by mortgage described in said Complaint, in addition to plaintiff's attorney fees incurred herein which are to be fixed by this court:

| | | |
|---|---|---|
| Unpaid Balance of Principal | | $33,089.98 |
| Unpaid Balance of Interest | | $ 4,748.61 |
| Subsidy Assistance Due | | $ 6,951.36 |
| Escrow Shortage | | $ 580.99 |
| Late Charges | | $ 32.50 |
| Interest on Fees | | $ 250.21 |
| Fees Assessed | | $ 4,996.41 |
| Court Costs Paid to Date | | $ 974.23 |
| | Total | $51,624.29 |
| Daily Accrual | | $ 7.0434 |

5.     To the best of the knowledge, information and belief of the undersigned; defendant herein is not now in active duty with the military forces of the United States or Allied Nations.

## CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to matters therein states to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
DOUGLAS WILSON
State Director

## ACKNOWLEDGMENT

Subscribed and sworn to before me, a notary, this 20th of July 2007.

My Commission Expires:    04/04/2011      _____
Donna M. Wiltshire, Notary

OFFICIAL SEAL
DONNA M. WILTSHIRE
Notary Public - State of Illinois
My Commission Expires Apr 04, 2011