E-FILED
Tuesday, 24 July, 2007  02:34:26 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-2016 |
| DAWN D. DAVIS, a/k/a DAWN D. SPARROW, | ) |
| Defendant. | ) |

NOTICE OF HEARING

    PLEASE TAKE NOTICE that we will appear on the 15th day of August 2007, at 9:15 A.M., or as soon thereafter as the matter may be heard, before the Honorable Harold A. Baker, in the United States District Court, Court Room B, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on Motion to Enter Default Judgment of Foreclosure and you may be present at said time if you so desire.

    DATED this 24th day July 2007.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:    s/David H. Hoff
DAVID H. HOFF, Bar No. 1234072
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of July 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Dawn D. Davis
>aka Dawn D. Sparrow
>1481 E. 600 N. Road
>Cissna Park, IL 60924

        s/ David H. Hoff
        DAVID H. HOFF, Bar No. 1234072
        Assistant United States Attorney
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        Phone: 217/373-5875
        Fax: 217/373-5891
        david.hoff@usdoj.gov