# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

vs.         Case Number: **07-2016**

**DAWN D. DAVIS,**
a/k/a **DAWN D. SPARROW,**
      **Defendant.**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that default judgment of foreclosure is entered against the defendant and in favor of the plaintiff. Case is terminated.

ENTER this 15th day of August, 2007.

**s/John M. Waters, Clerk**
_____
JOHN M. WATERS, CLERK


s/S. Johnson
_____
BY: DEPUTY CLERK