**E-FILED**
Thursday, 16 August, 2007  01:47:07 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-2016 |
| | ) | |
| DAWN D. DAVIS, | ) | |
| a/k/a DAWN D. SPARROW, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF ENTRY OF DEFAULT ORDER

You, Dawn D. Davis, a/k/a Dawn D. Sparrow, the above-named defendant, are hereby advised pursuant to 735 ILCS 5/2-1302 that on the 15th day of August 2007, United States District Judge Harold A. Baker entered an Order of Default against you. The title of this lawsuit is United States of America v. Dawn D. Davis, a/k/a Dawn D. Sparrow.  The Court No. is Civil No. 07-2016 filed in the Office of the Clerk of the United States District Court for the Central District of Illinois.  The date of entry of said Order of Default against you is:  August 15, 2007.  Notice of Right to Redeem:  You may redeem the property within the time and in the manner provided by law.  In this case, the United States has requested that time for redemption be shortened because the property foreclosed upon in this proceeding is abandoned.

Respectfully submitted,

RODGER A. HEATON
United States Attorney

BY:     s/David H. Hoff
        DAVID H. HOFF, Bar No. 1234027
        Assistant United States Attorney
        Attorney for Plaintiff
        U.S. Attorney's Office
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        Ph.: 217/373-5875
        Fax: 217/373-5891
        david.hoff@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of August 2007, I electronically filed the Notice of Entry of Default Order with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Dawn D. Davis
    a/k/a Dawn D. Sparrow
    1481 E. 600 N. Road
    Cissna Park, IL 60924


                                s/David H. Hoff
                                DAVID H. HOFF, Bar No. 1234027
                                Assistant United States Attorney
                                Attorney for Plaintiff
                                U.S. Attorney's Office
                                201 S. Vine Street, Suite 226
                                Urbana, Illinois 61802
                                Ph.:  217/373-5875
                                Fax: 217/373-5891
                                david.hoff@usdoj.gov