E-FILED
Thursday, 25 October, 2007 03:49:00 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS )
County of Vermilion ) ss.
City of Danville )

NEWSPAPER HOLDINGS INC., DBA THE COMMERCIAL-NEWS, a corporation, organized and existing under and pursuant to the laws of the State of Illinois, HEREBY CERTIFIES.

That it is the PUBLISHER of the COMMERCIAL-NEWS, and the COMMERCIAL-NEWS is a secular newspaper of general circulation in Vermilion County, Illinois, printed and published in the City of Danville, Vermilion County, Illinois:

That a notice, of which the annexed is a true copy, has been regularly published, in said newspaper one time each day/week for 4 successive days/weeks/times.

That the first of such publications was on the 19 day of Sept, 20 07, and the last publication was on the 10 day of Oct, 20 07.

That the COMMERCIAL-NEWS has been regularly published for at least six (6) months prior to the first publication of said notice: that the face of the type in which such publication was made is the same as the body type used in the classified advertising in the newspaper in which such publication was made.

That Carol L. Nichols has been duly appointed as agent of said company and authorized to certify all certificates of publication required to be made on account of publications made in the COMMERCIAL-NEWS, and that such appointment is still in full force and effect.

IN WITNESS WHEREOF, the said NEWSPAPER HOLDINGS INC., DBA THE COMMERCIAL-NEWS, PUBLISHER, aforesaid, has caused its corporate name to be hereinto affixed, and this certificate executed by Carol L. Nichols an its authorized Agent, on this 10 day of October, A.D. 20 07.

Printer's Fee $ 1,015.34

Date Paid _____ 20 ___

**NEWSPAPER HOLDINGS INC
D.B.A. COMMERCIAL-NEWS**

By: Carol L. Nichols
Authorized Agent

---

Public notices

21809 -
Sept. 19, 26, Oct. 3,10

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS URBANA DIVISION
UNITED STATE OF AMERICA,
Plaintiff
vs.
DAWN D. DAVIS a/k/a DAWN D. SPARROW,
Defendants
Case No. 07-2016
NOTICE OF MARSHAL'S SALE

PUBLIC NOTICE is hereby given that pursuant to a judgement of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof shall be sufficient to satisfy said judgement, will be sold to the highest bidder.

1) The name, address and telephone number of the person to contact for information regarding the real estate is:
Susan L. Petrea, Rural Development Manager USDA Service Center 2110 W. Park Court, Suite B Champaign, IL 61821 Telephone No: 217-352-3536, Ext 4.

2.) The common address and other common description, if any, of the real estate is:
323 W. Lincoln, Hoopeston, Illinois

3.) The Legal description of the real estate is:
Lot 7 in Block 37 in the Original Town of Leeds, now a part of the City of Hoopeston, as shown by the Survey and Plat thereof recorded in Deed record 30 page 282 in the Recorder's Office of Vermilion County, Illinois, situated in Vermilion County, Illinois

4.) The real estate may be inspected prior to sale at the following times:
(Available for inspection during business hours upon reasonable advance notice to the county office listed above.)

5.) The time and place of the sale are:
10:00 A.M. October 18, 2007, inside the main entrance of the Vermilion County Courthouse, Danville, Illinois.

6.) The terms of the sale are:
10% of purchase price payable at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshall, 100 N.E. Monroe, Room 264, Peoria, Illinois 61602, within thirty (30) days of date of said sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7.) Title will be conveyed subject to all general real estate taxes for the years 2007 and thereafter to be paid by buyer(s), which are a lien upon the real estate and special assessments, if any, and easements, restrictions of record. Buyer(s) shall also be responsible for payment of the real estate transfer tax (35 ILCS 200-31-45).

8.) Said property is being sold at this judicial sale AS IS, WITHOUT ANY WARRANTIES OF HABITABILITY OR ANY OTHER WARRANTIES, EITHER EXPRESS OR IMPLIED.

9.) Upon receipt of the entire purchase price amount, a Certificate of Sale shall be forwarded to the Marshall for execution describing the lands and tenements purchased and the sum paid therefor to be tendered to the purchaser. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a...