E-FILED
Friday, 30 November, 2007  01:58:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-2016 |
| DAWN D. DAVIS, a/k/a DAWN D. SPARROW, | ) |
| Defendant. | ) |

### UNITED STATES MARSHAL'S CERTIFICATE OF PURCHASE

I, STEVEN D. DEATHERAGE, the United States Marshal for the Central District of Illinois, do hereby certify that in pursuance of Notice duly given by virtue of the Judgment of Foreclosure made in this cause on August 15, 2007, I, the undersigned, on the 18th day of October 2007, at 10:00 A.M., did offer for sale subject to confirmation by this Court at public auction to the highest and best bidder for cash, at the front door of the Courthouse in Vermilion County, Danville, Illinois, the lands and premises described in said Decree and that SHAWN MCCORMICK, a married person, having bid therefore the sum of TWELVE THOUSAND FIVE HUNDRED DOLLARS ($12,500.00) and the said bid being the highest and best bid offered for said premises at the said sale, I accordingly struck off and sold to the said bidder for the said sum so bid the said premises, which are situated in the County of Vermilion, Illinois, and described as follows, to-wit:

> Lot 7 in Block 37 in the Original Town of Leeds, now a part of the City of Hoopeston, as shown by the Survey and Plat thereof recorded in Deed record 30 page 282 in the Recorder's Office of Vermilion County, Illinois, situated in Vermilion County, Illinois,

together with all buildings and improvements thereon and the tenements, appurtenances and hereditaments thereunto belonging, subject to the general taxes for the years 2007 and thereafter, which are a lien, and any special assessments or special taxes levied or assessed against the said real estate and easements and restrictions of record.

Said purchaser will be entitled to a deed to said premises upon confirmation of said sale.

WITNESS my hand this 26th day of November 2007.

        s/Steven D. Deatherage
        STEVEN D. DEATHERAGE
        CENTRAL DISTRICT OF ILLINOIS

STATE OF ILLINOIS )
        ) SS:
COUNTY OF PEORIA )

## ACKNOWLEDGMENT

On this 26th day of November 2007, before me, Clerk of the United States District Court for the Central District of Illinois, the undersigned, personally appeared STEVEN D. DEATHERAGE, known to me to be the United States Marshal for the said Central District of Illinois, and the person whose name is subscribed to the within and foregoing instrument, and acknowledged that he executed the same as the United States Marshal as aforesaid as and for the purposes therein set forth.

        JOHN M. WATERS
        Clerk of the U.S. District Court

        s/H. Kallister
        Deputy Clerk

This instrument was prepared by David H. Hoff, Assistant United States Attorney, Suite 226, 201 S. Vine Street, Urbana, IL 61802.

Send Tax Statement to Shawn McCormick, 2832 Gannet Lane, New Lenox, IL 60451.