UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-2016 |
| DAWN D. DAVIS, a/k/a DAWN D. SPARROW, | ) |
| Defendant. | ) |

NOTICE OF HEARING

    PLEASE TAKE NOTICE that we will appear on the 13th day of December 2007, at 1:30 P.M., or as soon thereafter as the matter may be heard, before the Honorable Harold A. Baker, in the United States District Court, Court Room B, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on the U.S. Marshals Report of Sale and you may be present at said time if you so desire.

    DATED this 30th day November 2007.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/David H. Hoff
DAVID H. HOFF
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of November 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Dawn D. Davis  
aka Dawn D. Sparrow  
1481 E. 600 N. Road  
Cissna Park, IL 60924

Shawn McCormick  
2832 Gannet Lane  
New Lenox, IL 60451

      s/ David H. Hoff  
DAVID H. HOFF  
United States Attorney  
201 S. Vine Street, Suite 226  
Urbana, Illinois 61802  
Phone: 217/373-5875  
Fax: 217/373-5891  
david.hoff@usdoj.gov